So Ordered.

Signed this 21 day of September, 2017.

                                                  _____

                                                  Robert E. Littlefield, Jr.
                                                  United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------
In re:

      RYSZARD FIEDLER,                          Chapter 13
                                                      Case No. 16-11026-1-REL

                              Debtor.
-----------------------------------------------------------

**ORDER PURSUANT TO 11 U.S.C. § 362(d) GRANTING RELIEF FROM THE
AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

      Upon the motion (the "Motion"), dated August 4, 2017 of BLI Rentals, LLC ("BLI"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to BLI's rights in and interests to a Dutch Valley 12' x 20' Cabin which was rented by the Debtor and placed at property located at 776 County Route 18, Lake Clear, Franklin, New York (the "Cabin"), to allow the BLI's enforcement of its rights in, and remedies in and to, the Cabin; and upon the Affidavit in Response filed by the Debtor on August 31, 2017 in opposition to the Motion; and consideration of the Motion begin a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (G); and venue being proper pursuant to 28 U.S.C. §§ 1408 and

{LG 001883111 1 }

1409; and the Court having reviewed the Motion; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and the legal and factual basis set forth in the Motion establish just and sufficient case to grant the requested relief; and upon consideration of and over the Debtor's opposition to the Motion; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay under 11 U.S.C. § 362(a) is vacated for cause under 11 U.S.C. § 362(d) as to BLI's interest in the Cabin, to permit BLI to pursue its rights in and remedies in and to the Cabin; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

###

{LG 001883111 1 }